IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Wilson, Ria L | Case Number: 07 B 10059 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 5/27/08 | Filed: 6/5/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 16, 2008
Confirmed: August 1, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,290.00 | |
| Secured: | | 90.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,130.35 |
| Trustee Fee: | | 69.65 |
| Other Funds: | | 0.00 |
| Totals: | 1,290.00 | 1,290.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,484.00 | 1,130.35 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | Pinewood Financial Inc. | Secured | 2,846.50 | 90.00 |
| 5. | Cook County Treasurer | Secured | 1,436.00 | 0.00 |
| 6. | Countrywide Home Loans Inc. | Secured | 1,957.60 | 0.00 |
| 7. | Countrywide Home Loans Inc. | Secured | 12,200.15 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 280.44 | 0.00 |
| 9. | Credit Protection Association | Unsecured | | No Claim Filed |
| 10. | American Collections & Credit | Unsecured | | No Claim Filed |
| 11. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 12. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 13. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 14. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 15. | Ntl Recovery | Unsecured | | No Claim Filed |
| 16. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 17. | Medical Collections | Unsecured | | No Claim Filed |
| 18. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 19. | Cook County State's Attorney | Unsecured | | No Claim Filed |
| 20. | West Asset Management | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 22,204.69 | $ 1,220.35 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 69.65 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Wilson, Ria L | Case Number:  07 B 10059 |
| | Judge:  Squires, John H |
| Printed:  5/27/08 | Filed:  6/5/07 |



$ 69.65

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____